

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LINDA PRICE, | Case No: CV11-06236 CAS(JCx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 8, 2012

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE